UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN LYNN VICTORY,<br><br>    Plaintiff<br><br>v.<br><br>ZACH CONINE,<br><br>    Defendant | Case No.: 2:25-cv-000604-APG-DJA<br><br>**Order Granting Motion to Adjust**<br><br>[ECF No. 4] |

  Plaintiff Justin Victory moves to adjust the filings in this case, requesting that this case be dismissed because he did not intend to litigate duplicative cases. ECF No. 4 at 2. I grant his motion and dismiss this case, without prejudice to him pursuing his claims in other pending cases in this court or any other court.

  I THEREFORE ORDER that plaintiff Justin Victory's motion to adjust (ECF No. 4) is GRANTED. This case is dismissed without prejudice. The clerk of court is instructed to close this case.

  DATED this 30th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE